

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022-4834
Tel: 212.209.3050
Fax: 212.371.5500

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Tel: 609.514.1500
Fax: 609.514.1501

March 10, 2025

**www.reitlerlaw.com**

**BY ECF**

The Honorable Jennifer H. Rearden
U.S. Courthouse
Southern District of New York
500 Pearl Street
New York, New York

*Application GRANTED.*

*The Clerk of Court is directed to terminate ECF No. 17.*

*SO ORDERED.*

  Re:  **Schwartzman v. Cooper, 1:24-cv-09254-JHR**

Dear Judge Rearden:

*Jennifer H. Rearden, U.S.D.J.*
*Dated:  March 10, 2025*

     We represent Plaintiff in the above referenced action. We write to advise the Court that the parties resolved the matter yesterday pursuant to a written settlement agreement, and will be filing a stipulation of dismissal later today. Accordingly, the parties jointly and respectfully request that the initial conference scheduled for March 11, 2025 be adjourned. No previous requests for adjournment have been made.

     We thank the Court for its consideration.

Respectfully submitted,
*/Robert W. Clarida/*
Robert W. Clarida

REITLER KAILAS & ROSENBLATT LLP
885 Third Avenue
20th Floor
New York, NY 10022
Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2025